UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING & TRUST CO., | Case No. 2:12-cv-01706-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| S&R EQUITIES, L.P., et al., | |
| Defendants. | |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motion and other pending motion will be issued pending settlement.

DATED THIS 31st day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE