Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

Attorneys for Plaintiff

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>S&R EQUITIES, L.P., a Nevada limited partnership; MADISON EQUITIES, L.P., a Nevada limited partnership; DAVID POURBABA, an individual; MASSOUD AARON YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, Trustee of the MASSOUD AND PARINAZ YASHOUAFAR 2003 TRUST; SOLYMAN YASHOUAFAR, an individual; SOLYMAN YASHOUAFAR, Trustee of the SOLYMAN AND SOHELA YASHOUAFAR 2004 TRUST; DAVID POURBABA, Trustee of the 4D TRUST; and DOES 1 through 10, inclusive.<br><br>　　　　　　Defendants. | CASE NO. 2:12-cv-01706-MMD-PAL<br><br>**JOINT STATUS REPORT** |

/ / /

/ / /

6989610_1

Plaintiff and Defendants, by and through their attorneys of record, hereby submit this Joint Status Report pursuant to the Order of the Honorable Magistrate Judge Leen whereby the parties were ordered to submit a report advising the court of the status of settlement negotiation. Dkt. 35. The parties report that settlement negotiations are continuing and should be resolved within the next thirty days. Within this time period, the parties will either file a stipulation seeking to dismiss the action or make a request to reinstate Plaintiff's Motion for Summary Judgment (Dkt. 18) and Defendants' Motion for Leave to File a Surreply (Dkt. 24).

DATED July 16, 2014.

   /s/ Jeremy Nork
Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Attorneys for Plaintiff

DATED July 16, 2014.

   /s/ Paras Barnett
Paras B. Barnett, Esq.
Law Offices of Paras B. Barnett, PLLC
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169

Attorney for Defendants

**IT IS SO ORDERED** this 28th day of July, 2014.

Peggy A. Leen
United States Magistrate Judge