Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

Attorneys for Plaintiff

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>S&R EQUITIES, L.P., a Nevada limited partnership; MADISON EQUITIES, L.P., a Nevada limited partnership; DAVID POURBABA, an individual; MASSOUD AARON YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, Trustee of the MASSOUD AND PARINAZ YASHOUAFAR 2003 TRUST; SOLYMAN YASHOUAFAR, an individual; SOLYMAN YASHOUAFAR, Trustee of the SOLYMAN AND SOHELA YASHOUAFAR 2004 TRUST; DAVID POURBABA, Trustee of the 4D TRUST; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01706-MMD-PAL<br><br>**JOINT STATUS REPORT** |

/ / /

/ / /

Page 1 of 2

7079992_1

1   Plaintiff and Defendants, by and through their attorneys of record, hereby submit this
2   Joint Status Report in order to apprise the Court of the progress made since their previous Joint
3   Status Report. Dkt. 39. In the last report, the parties believed that settlement negotiations
4   would be resolved within thirty days of the order. However, while progress has been made,
5   settlement negotiations are continuing and the parties hope that it will be concluded within the
6   next forty-five days. Within this time period, the parties will either file a stipulation seeking to
7   dismiss the action or make a request to reinstate Plaintiff's Motion for Summary Judgment
8   (Dkt. 18) and Defendants' Motion for Leave to File a Surreply (Dkt. 24).

10  DATED August 28, 2014.                    DATED August 28, 2014.

12  _____                 /s/ Paras Barnett_____
13  Jeremy J. Nork, Esq.                      Paras B. Barnett, Esq.
    Nicole E. Lovelock, Esq.                  Law Offices of Paras B. Barnett, PLLC
    Holland & Hart LLP                        3883 Howard Hughes Parkway, Suite 790
14  9555 Hillwood Drive, 2nd Floor            Las Vegas, Nevada 89169
    Las Vegas, Nevada 89134
15
16  Attorneys for Plaintiff                   Attorney for Defendants

18  **IT IS ORDERED** that the parties shall have until **October 14, 2014,** in which to
19  file a stipulation to dismiss or to request reinstatement of Plaintiff's motion for
    summary judgment.
20
    **IT IS FURTHER ORDERED** that no further extensions will be allowed.
21
22  **DATED** this 3rd day of September, 2014.

23                                            _____
                                              Peggy A. Leen
24                                            United States Magistrate Judge

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

7079992_1