Paras B. Barnett, Esq.
Nevada Bar #: 7986
BARNETT CSOKA
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169
Tel: (702) 487-7422
Fax: (800) 634-0607
Email: pbb@barnettcsoka.com
*Attorneys for Defendants S&R Equities, L.P., Madison Equities, L.P., David Pourbaba, Massoud Aaron Yashouafar, and Solyman Yashouafar.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina Banking Corporation, | CASE NO.: 2:12-cv-01706-MMD-PAL |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| S&R EQUITIES, L.P., a Nevada limited partnership; MADISON EQUITIES, L.P., a Nevada limited partnership; DAVID POURBABA, an individual; MASSOUD AARON YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, Trustee of the MASSOUD AND PARINAZ YASHOUAFAR 2003 TRUST; SOLYMAN YASHOUAFAR, an individual; SOLYMAN YASHOUAFAR, Trustee of the SOLYMAN AND SOHELA YASHOUAFAR 2004 TRUST; DAVID POURBABA, Trustee of the 4D TRUST; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Plaintiff and Defendants, by and through their attorneys of record, hereby submit this Joint Status Report in order to apprise the Court of the progress made since their previous Join Status Reports. *See* Dkt. 39 and Dkt. 41. In the prior reports, the parties believed that settlement negotiations would resolve within thirty forty-five days. *See* Dkt. 41. However, progress is being

made and settlement negotiations are continuing with the parties reviewing financial information in connection with those settlement negotiations. The parties hope that these negotiations will conclude within the next forty-five days. Within this time period, the parties will either file a stipulation seeking to dismiss the action or make request to reinstate Plaintiff's Motion for Summary Judgment (Dkt. 18) and Defendants' Motion for Leave to File Surreply (Dkt. 24).

Dated this the 13th day of October, 2014:

| Holland & Hart, LLP | BARNETT | CSOKA |
|---|---|

BY:  /s/ Jeremy J. Nork
JEREMY J. NORK, ESQ
NICOLE E LOVELOCK, ESQ.
955 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

BY:   /s/ Paras B. Barnett
PARAS B. BARNETT, ESQ
Nevada Bar No. 007986
3883 Howard Hughes Parkway., Suite 790
Las Vegas, Nevada  89169
*Attorney for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED  October 17, 2014