Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

Attorneys for Plaintiff

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>S&R EQUITIES, L.P., a Nevada limited partnership; MADISON EQUITIES, L.P., a Nevada limited partnership; DAVID POURBABA, an individual; MASSOUD AARON YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, Trustee of the MASSOUD AND PARINAZ YASHOUAFAR 2003 TRUST; SOLYMAN YASHOUAFAR, an individual; SOLYMAN YASHOUAFAR, Trustee of the SOLYMAN AND SOHELA YASHOUAFAR 2004 TRUST; DAVID POURBABA, Trustee of the 4D TRUST; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01706-MMD-PAL<br><br>**JOINT STATUS REPORT** |

/ / /

/ / /

Plaintiff and Defendants, by and through their attorneys of record, hereby submit this Joint Status Report in order to apprise the Court of the progress made since their previous joint status reports were filed. Dkt. 39, 41, 43. In the prior reports, the parties believed that settlement negotiations would be resolved within the time-frames set forth therein. However, while progress has been made, settlement negotiations are continuing with the parties reviewing financial documents in connection with settlement negotiations. The parties hope that negotiations will settle within forty-five days. Within this time period, the parties will either file a stipulation seeking to dismiss the action or make a request to reinstate Plaintiff's Motion for Summary Judgment (Dkt. 18) and Defendants' Motion for Leave to File a Surreply (Dkt. 24).

DATED December 1, 2014.

Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Attorneys for Plaintiff

DATED December 1, 2014.

/s/ Paras Barnett
Paras B. Barnett, Esq.
Law Offices of Paras B. Barnett, PLLC
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169

Attorney for Defendants

**IT IS ORDERED** that the parties shall have until **January 15, 2015,** to file a stipulation to dismiss. NO FURTHER EXENSIONS WILL BE ALLOWED.

Dated this 3rd day of December, 2014.

Peggy A. Leen
United States Magistrate Judge

7355512_1