| | |
|---|---|
| 1 | Jeremy J. Nork, Esq. |
|   | Nevada Bar No. 4017 |
| 2 | Nicole E. Lovelock, Esq. |
|   | Nevada Bar No. 11187 |
| 3 | HOLLAND & HART LLP |
|   | 9555 Hillwood Drive, 2nd Floor |
| 4 | Las Vegas, Nevada 89134 |
|   | 702-669-4600 |
| 5 | 702-669-4650 – fax |
|   | jnork@hollandhart.com |
| 6 | nelovelock@hollandhart.com |
| 7 | Attorneys for Plaintiff |

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, | CASE NO. 2:12-cv-01706-MMD-PAL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| S&R EQUITIES, L.P., a Nevada limited partnership; MADISON EQUITIES, L.P., a Nevada limited partnership; DAVID POURBABA, an individual;  MASSOUD AARON YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, Trustee of the MASSOUD AND PARINAZ YASHOUAFAR 2003 TRUST; SOLYMAN YASHOUAFAR, an individual; SOLYMAN YASHOUAFAR, Trustee of the SOLYMAN AND SOHELA YASHOUAFAR 2004 TRUST; DAVID POURBABA, Trustee of the 4D TRUST; and DOES 1 through 10, inclusive. | |
| Defendants. | |

/ / /

/ / /

Page 1 of 2

7890380_1

Plaintiff and Defendants, by and through their attorneys of record, hereby submit this Joint Status Report pursuant to the order of the Court. Dkt. 54. Settlement documents, including a stipulation to dismiss this action, are being finalized and should be executed within thirty days.

DATED July 1, 2015.

/s/ Jeremy J. Nork
Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Attorneys for Plaintiff

DATED July 1, 2015.

/s/ Paras Barnett
Paras B. Barnett, Esq.
Law Offices of Paras B. Barnett, PLLC
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169

Attorney for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2015

7890380_1